■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

MANUEL MEJIA, Appellant.—Judgment, Supreme Court, New York County (Albert Williams, J.), rendered on April 10, 1987, unanimously reversed, on the law, and the matter remanded for a new trial. *(See, People v Owens,* 69 NY2d 585.) Concur—Kupferman, J. P., Ross, Carro, Asch and Rosenberger, JJ.